

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-19-00363-CV

Joseph Andrew **BURT** II,
Appellant

v.

**DENNY'S INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV02727-A
Honorable Karen Crouch, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Appellant's motion for an extension of time to file a motion for rehearing is GRANTED. Appellant's motion for rehearing is due on or before **April 30, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court